UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, | Case No. 2:10-cv-08945-CAS-MAN |
| Plaintiff, | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| v. | |
| RSM PROPERTIES, INC., et al, | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff CHRIS KOHLER and defendants BIG 5 CORP. and RSM PROPERTIES, INC.,

IT IS HEREBY ORDERED that the above-entitled action and related cross-claims are dismissed with prejudice in their entirety.

Dated: February 27, 2012

*Christina A. Snyder*
United States District Judge